IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ADOLFO PULIDO,                  )
                                )
          Petitioner,           )
                                )      1:19CV471
     v.                         )      1:13CR343-1
                                )
UNITED STATES OF AMERICA,       )
                                )
          Respondent.           )
```

## ORDER

On November 18, 2021, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 59, 60.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Petitioner's last known address at 4901 Whitmore Dr., Mariposa, California 95338 and Christian County Jail, 110 West Elm Street, Room 70, Ozark, Missouri 65721. On December 9, 2021, mail was returned undeliverable and unable to forward from Christian County Jail in Ozark, Missouri. (See Doc. 61.) The mailing to Petitioner at the Mariposa, California address was not returned, however, this court is not able to determine, from this record, whether that address in California is valid. This

court therefore finds that Petitioner has failed to keep this court advised of his current address. LR 11.1(b). Because Petitioner has not provided the court with an address within 63 days of the date of the last return of mail, the court finds the case should be dismissed. See id.

**IT IS THEREFORE ORDERED** that this action be dismissed without prejudice pursuant to Local Rule 11.1(b) for failure to prosecute.

This the 11th day of May, 2022.

                                            _____
                                                 United States District Judge

- 2 -

Case 1:13-cr-00343-WO   Document 62   Filed 05/11/22   Page 2 of 2